AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Dale Lindseth | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Credit Management Services, Inc. | ) |
| Defendant | ) |

C08 02405 JF

HRL

Summons in a Civil Action

To: Credit Management Services, Inc.
*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Tammy Hussin, Esq
Weisberg & Meyers LLC
6455 Pyrus Place
Carlsbad, CA 92011

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: MAY 09 2008

Tiffany Salinas-Harwell
Deputy clerk's signature



*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Doc (Duke)sc_____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
      CT Corporation Systems 2394 E. Camelback Rd., Phx, AZ 85016 ; or

   (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ __50.00__ for travel and $ __0__ for services, for a total of $ 50.00_____ .

Date: __5-30-08__

_____
Server's signature

Manuel J. Ybarra (Process Server)
Printed name and title

10546 W. Parata Ln, Avondale, AZ 85392
Server's address

