**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **Dale Lindseth** ) | Case No. C08-02405 JF |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| vs. ) | |
| ) | |
| **Credit Management Services, Inc.** ) | Honorable Jeremy Fogel |
| ) | |
| Defendant. ) | |
| ) | |

    NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendant comply with the terms of this settlement in a timely manner.

    Respectfully submitted this 19TH day of June, 2008

              By: s/Tammy Hussin
                   Tammy Hussin (155290)
                   WEISBERG & MEYERS, LLC
                   6455 Pyrus Pl.
                   Carlsbad, CA 92011

760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

Filed electronically on this 19th day of June, 2008, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Jeremy Fogel
United States District Court
Northern District of California

Kevin Goodman
9 Park Place (Lobby Suite)
Great Neck, NY 11021

This 19th day of June, 2008.

<u>s/Tammy Hussin</u>
Tammy Hussin