Tammy Hussin (SBN 155290)
WEISBERG & MEYERS, LLC.
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001 ext 215
866 565 1327 facsimile
thussin@AttorneysForConsumers.Com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DALE LINDSETH<br><br>   Plaintiff,<br>vs.<br><br>CREDIT MANAGEMENT SERVICES, INC.<br><br>   Defendant. | Case No.: C08 02405 JF HRL<br><br>NOTICE OF DISMISSAL<br>[Fed.R.Civ.P. 41(a)] |

Pursuant to Fed.R.Civ.P. 41(a), Plaintiff, Dale Lindseth, hereby gives notice that the dispute between Plaintiff and Defendant, Credit Management Services, Inc., has been settled and, therefore, the claims asserted by Plaintiff in the above-captioned proceeding are hereby dismissed with prejudice.

Dated:

WEISSBERG & MEYERS, LLC

Tammy Hussin
Attorney for Plaintiff
Dale Lindseth

Plaintiff's Notice of Dismissal

1